# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT LEE HUNTER
ADC #123196                                                         PLAINTIFF

V.                       5:05CV00358 GH/JTR

DENITA WRIGHT, Institutional Parole
Officer, Pine Bluff Work Complex, et al.                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted, and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 27th day of January, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE